## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHONDA Y. BURGOS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 3:25-cv-121 |
| | ) | Judge Stephanie L. Haines |
| FLAGSTAR BANK *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### ORDER TO SHOW CAUSE

AND NOW, this 3rd day of September, 2025, IT IS HEREBY ORDERED that Plaintiff Shonda Y. Burgos ("Plaintiff") is directed to show good cause as to why this case should not be dismissed for Plaintiff's failure to comply with the Court's Order entered May 9, 2025, (ECF No. 4), by failing to provide the Court with a status report of the foreclosure proceedings by July 16, 2025. A copy of the Order will be mailed to Plaintiff's address of record along with this Order.

Plaintiff is directed to respond to this Order to Show Cause on or before October 3, 2025. Any response to this Order must include the status report as requested in the Court's Order of May 9, 2025. Failure to respond to this Order to Show Cause may result in the dismissal of this case for failure to prosecute.

_____
Stephanie L. Haines
United States District Judge