**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**SHONDA YVETTE WILLIAMS,**
Plaintiff,

v.

**FLAGSTAR BANK, N.A.,**
**KML LAW GROUP, P.C., and**
**NATIONSTAR MORTGAGE, LLC d/b/a MR. COOPER,**
Defendants.

**Civil Action No. 3:25-cv-00121-SLH**

**Judge Stephanie L. Haines**

# PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO COMPLETE SERVICE AND REQUEST FOR SERVICE BY THE UNITED STATES MARSHAL

Plaintiff Shonda Yvette Williams respectfully moves for an extension of time to complete service under Federal Rules of Civil Procedure 4(m) and 6(b)(1)(A), and requests an order directing service by the United States Marshal, a deputy marshal, or another specially appointed person under Rule 4(c)(3) and 28 U.S.C. § 1915(d). In support, Plaintiff states:

1. The Court granted Plaintiff leave to proceed in forma pauperis on May 1, 2025. ECF No. 3.
2. The operative Complaint was docketed on May 9, 2025. ECF No. 5.
3. On October 23, 2025, the Court advised Plaintiff that she was responsible for service of the Complaint under Federal Rule of Civil Procedure 4(c). ECF No. 13.
4. On July 10, 2026, the Court granted Plaintiff a one-time extension and directed her to complete service on or before August 10, 2026. ECF No. 20.
5. The July 10 Order was mailed to Plaintiff's former Altoona address. Plaintiff received the Order at her current P.O. Box on July 28, 2026, leaving thirteen days before the service deadline.
6. After receiving the Order, Plaintiff promptly contacted the Clerk's Office to determine the status of the summonses and the procedure required to complete service.
7. Plaintiff was informed that the summonses had never been issued. The AO 440 submitted with Plaintiff's original papers appears on the docket at ECF No. 1-11, but it was not signed, sealed, or issued by the Clerk.
8. Because an issued summons is required for service, Plaintiff could not properly serve the summons and Complaint before issuance. Plaintiff is now submitting corrected AO 440 summons forms for each named Defendant.
9. Plaintiff remains financially unable to retain private process servers. Her in forma pauperis status remains in effect, and she respectfully requests the service assistance provided by Rule 4(c)(3).

10. Plaintiff understands that she remains responsible for furnishing the necessary copies, completed service forms, and accurate service information. She is prepared to provide the Clerk and the United States Marshal with the issued summonses, copies of the operative Complaint, and any USM-285 forms required by the Court.
11. Plaintiff has acted in good faith, does not intend to abandon this action, and seeks only sufficient time and procedural assistance to complete service properly.

WHEREFORE, Plaintiff respectfully requests that the Court:

12. extend the deadline for completing service through October 9, 2026;
13. direct the Clerk to sign, seal, and issue the properly completed summonses submitted by Plaintiff;
14. order the United States Marshal, a deputy marshal, or another person specially appointed by the Court to serve the summonses and operative Complaint under Rule 4(c)(3), after Plaintiff supplies the required copies and service forms;
15. direct the Clerk to provide Plaintiff with any USM-285 forms or additional instructions required for Marshal service; and
16. grant any other relief the Court considers just and appropriate.

Respectfully submitted,

Shonda Yvette Williams

Shonda Yvette Williams
Plaintiff
P.O. Box 5129
Jersey City, NJ 07305
551-430-1827
shondawilliams4995@yahoo.com

Date: August 3, 2026