**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**SHONDA YVETTE WILLIAMS,**
Plaintiff,

v.

**FLAGSTAR BANK, N.A.,**
**KML LAW GROUP, P.C., and**
**NATIONSTAR MORTGAGE, LLC d/b/a MR. COOPER,**
Defendants.

**Civil Action No. 3:25-cv-00121-SLH**

**Judge Stephanie L. Haines**

**PROPOSED ORDER**

AND NOW, this _____ day of ________________, 2026, upon consideration of Plaintiff's Motion for Extension of Time to Complete Service and Request for Service by the United States Marshal, it is hereby ORDERED that the Motion is GRANTED.

Plaintiff shall have through October 9, 2026, to complete service of process upon the named Defendants.

The Clerk of Court shall sign, seal, and issue the properly completed summonses submitted by Plaintiff.

After Plaintiff provides the necessary copies, completed USM-285 forms, and service information, the United States Marshal, a deputy marshal, or another person specially appointed by the Court shall serve the summonses and operative Complaint pursuant to Federal Rule of Civil Procedure 4(c)(3).

**BY THE COURT:**

______________________________

**Stephanie L. Haines**
United States District Judge