AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Pennsylvania

Shonda Yvette Williams

*Plaintiff(s)*

v.

Flagstar Bank, N.A.
KML Law Group, P.C.
Nationstar Mortgage, LLC d/b/a Mr. Cooper

*Defendant(s)*

Civil Action No. 3:25-cv-00121-SLH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KML Law Group, P.C.
c/o Officer, Managing or General Agent
701 Market Street, Suite 5000
Philadelphia, PA 19106

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Shonda Yvette Williams
P.O. Box 5129
Jersey City, NJ 07305
551-430-1827
shondawilliams4995@yahoo.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ______________

______________________________
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Western District of Pennsylvania

| | |
|---|---|
| Shonda Yvette Williams<br>*Plaintiff(s)*<br>v.<br>Flagstar Bank, N.A.<br>KML Law Group, P.C.<br>Nationstar Mortgage, LLC d/b/a Mr. Cooper<br>*Defendant(s)* | Civil Action No. 3:25-cv-00121-SLH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Flagstar Bank, N.A.
c/o Chief Executive Officer or Authorized Agent
102 Duffy Avenue
Hicksville, NY 11801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Shonda Yvette Williams
P.O. Box 5129
Jersey City, NJ 07305
551-430-1827
shondawilliams4995@yahoo.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ________________

____________________________

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Pennsylvania

Shonda Yvette Williams

*Plaintiff(s)*

v.

Flagstar Bank, N.A.
KML Law Group, P.C.
Nationstar Mortgage, LLC d/b/a Mr. Cooper

*Defendant(s)*

Civil Action No. 3:25-cv-00121-SLH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Nationstar Mortgage, LLC d/b/a Mr. Cooper
c/o Officer, Managing or General Agent
8950 Cypress Waters Blvd.
Coppell, TX 75019

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Shonda Yvette Williams
P.O. Box 5129
Jersey City, NJ 07305
551-430-1827
shondawilliams4995@yahoo.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ______________________

______________________________
*Signature of Clerk or Deputy Clerk*