**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SHONDA YVETTE WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 3:25-cv-121 |
| | ) | Judge Stephanie L. Haines |
| FLAGSTAR BANK *et al*., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

AND NOW, this 14th day of August, 2026, upon consideration of Plaintiff's Motion for Extension of Time to Complete Service and Request for Service by the United States Marshal (ECF. No. 23), IT IS HEREBY ORDERED that the Motion is GRANTED IN PART. Plaintiff shall have through October 9, 2026, to complete service of process upon the named Defendants. The Clerk of Court shall sign, seal, and issue the properly completed summonses submitted by Plaintiff and **Plaintiff shall be responsible for serving the Defendants**.

Stephanie L. Haines
United States District Judge