**KML Law Group, P.C.**
Danielle DiLeva, Esquire
Attorney I.D. #328955
Suite 5000
701 Market Street
Philadelphia, PA 19106
215-627-1322

| | |
|---|---|
| SHONDA Y. BURGOS<br><br>vs.<br><br>FLAGSTAR BANK, KML LAW GROUP, PC and NATIONSTAR MORTGAGE, LLC D/B/A MR. COOPER | No. 3:25-121 |

## CERTIFICATION

I do hereby certify that that the movant has made a good faith effort to confer with opposing counsel to determine whether the identified pleading deficiencies may be cured by amendment. Letters were sent to the Plaintiff by email on 9/14/2026 and regular mail on 9/15/2026.

Date:_____09/17/2026________

KML Law Group, P.C.
By: /s/ Danielle DiLeva
Danielle DiLeva, Esq.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532
(215) 825-6303 (Direct Phone)
(215) 627-7734 (Main Fax)
MMcKeever@kmllawgroup.com
PA Identification No. 328955