**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

SHONDA YVETTE WILLIAMS,

Plaintiff,

v.

FLAGSTAR BANK, N.A., KML LAW GROUP, P.C., and NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER, et al.,

Defendants.

CIVIL ACTION NO. 3:25-cv-00121-SLH

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT FLAGSTAR BANK, N.A. TO RESPOND TO OPERATIVE COMPLAINT**

Plaintiff, Shonda Yvette Williams ("Plaintiff") and Defendant Flagstar Bank, N.A. ("Flagstar"), by and through their undersigned counsel, pursuant to LCvR 7(E) stipulate as follows:

WHEREAS, Flagstar's deadline to respond or otherwise plead to the original Complaint is October 1, 2026;

WHEREAS, on September 27, 2026 Plaintiff filed a motion for leave to amend the original Complaint (ECF No. 37), which remains pending before the Court;

WHEREAS, the disposition of that motion will determine which complaint is operative; and

WHEREAS, to promote judicial economy and avoid requiring a response to a complaint that may be superseded, the parties agree that an extension of Flagstar's response deadline is appropriate;

NOW, THEREFORE, the parties stipulate and respectfully request that the Court order that Flagstar Bank's deadline to respond or otherwise plead to the operative complaint be

extended until fourteen (14) days after both (i) the Court rules on Plaintiff's motion for leave to amend and (ii) the operative complaint is of record on the docket.

If leave to amend is denied, the original Complaint shall be the operative complaint for purposes of this stipulation. If leave is granted, the amended complaint filed pursuant to the Court's order shall be the operative complaint. Nothing in this stipulation waives any defenses, objections, or rights of Flagstar Bank.

Dated: September 29, 2026

Respectfully submitted,

*/s/ Shonda Y, Williams*
Ms. Shonda Yvette Williams
P.O. Box 5129 Jersey City, NJ 07305
beautifullymadefashionz@gmail.com
Shondawilliams4995@yahoo.com

/s/ *Sherri J. Smith*
Sherri J. Smith, Esquire (Pa. ID. No. 90675)
STRADLEY RONON STEVENS &
YOUNG, LLP
457 Haddonfield Road, Suite 100
Cherry Hill, NJ 08002-2223
ssmith@stradley.com
*Attorneys for Defendant, Flagstar Bank, N.A.*

Date: September 29, 2026