**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**SHONDA Y. WILLIAMS, Plaintiff**
**v.**
**FLAGSTAR BANK, N.A.; KML LAW GROUP, P.C.; and NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER, Defendants**
**Civil Action No. 3:25-cv-00121-SLH**

# NOTICE OF UNOPPOSED MOTION FOR LEAVE TO AMEND AS TO FLAGSTAR AND KML; SUPPLEMENTAL AUCTION EVIDENCE; AND REQUEST FOR RULING ON ECF NO. 37

Plaintiff Shonda Yvette Williams, appearing in her individual capacity, respectfully states:

1. Plaintiff filed a Motion for Leave to File First Amended Complaint (ECF No. 37) on September 27, 2026, with supporting brief at ECF No. 38 and proposed amended pleading at ECF No. 35.

2. The Court's September 28, 2026 docket direction established October 13, 2026 as the deadline for responses to ECF No. 37. Based on Plaintiff's review of the docket through October 20, 2026, neither Flagstar Bank, N.A. nor KML Law Group, P.C. filed a response to that motion by the stated deadline.

3. Flagstar Bank, N.A. remains represented by Sherri J. Smith of Stradley Ronon Stevens & Young, LLP. Plaintiff identifies Flagstar and KML only as the defendants whose failure to respond to ECF No. 37 is addressed here.

4. KML Law Group previously filed a motion to dismiss the complaint under Federal Rule of Civil Procedure 12. Its filing constitutes participation in the defense of this action. Plaintiff therefore does not seek entry of default under Rule 55 based solely on KML's nonresponse to ECF No. 37. Plaintiff instead asks the Court to treat ECF No. 37 as unopposed by KML and Flagstar, to the extent permitted by applicable rules and the Court's discretion.

5. Nationstar Mortgage LLC is named in the caption because it remains a defendant. This Notice does not attribute an expired response deadline or failure to defend to Nationstar. The docket separately identifies October 21, 2026 as its deadline to answer or otherwise respond to the complaint.

6. ECF No. 40, entered October 1, 2026, conditionally extends Flagstar's deadline to answer or otherwise plead to the operative complaint. It does not expressly extend the separate October 13 deadline to respond to ECF No. 37.

7. The proposed amended complaint alleges that a deed to the SHONDA YVETTE WILLIAMS TRUST was recorded in Blair County on November 5, 2025 as Instrument No. 202516853, before the January 14, 2026 sheriff's sale. The proposed complaint raises notice issues under Pennsylvania Rules of Civil Procedure 3129.1 and 3129.2. Plaintiff references the Trust's recorded interest without appearing on behalf of the Trust as a separate party.

8. The proposed pleading identifies a sheriff's deed to Flagstar dated February 6, 2026 and recorded February 11, 2026, and alleges unresolved questions regarding foreclosure-related proceeds, credits, and accounting.

9. Exhibit A is an advertisement for 1516 Third Avenue, Altoona, Pennsylvania, reflecting an October 11, 2026 advertised auction start and a $25,000 starting bid. It is offered as evidence of marketing activity, not proof of a completed resale or market value.

10. Under Rule 15(a)(2), Plaintiff requests a ruling granting leave to amend, taking into account the absence of timely opposition from Flagstar and KML. Their nonresponses do not, standing alone, establish liability or satisfy Rule 55. Plaintiff submits this Notice without waiving, withdrawing, or abandoning any claims, objections, defenses, or requests for relief properly available under federal or state law, including the right to seek appropriate emergency injunctive relief upon a sufficient factual and legal showing.

## REQUEST FOR RELIEF

Plaintiff respectfully requests that the Court (a) recognize that Flagstar and KML did not respond to ECF No. 37 by the October 13 deadline, as reflected on the docket reviewed through October 20; (b) treat ECF No. 37 as unopposed by those defendants, to the extent authorized by applicable law; (c) grant leave to file the proposed First Amended Complaint under Rule 15(a)(2) without further unnecessary delay; (d) consider Exhibit A as supplemental evidence of advertised auction activity; and (e) grant such other appropriate relief as the Court deems just. Plaintiff expressly reserves the right to seek further relief through a properly supported motion, including relief under Rule 65, and does not ask the Court to enter an injunction based on this Notice alone.

Respectfully submitted,
/s/ Shonda Y. Williams
Shonda Yvette Williams, Sui Juris
Dated: October 20, 2026

## CERTIFICATE OF SERVICE

Upon filing this document through the Court's CM/ECF system on October 20, 2026, the system will transmit electronic notice to registered participants designated for service. Plaintiff will separately serve any party not receiving electronic notice by an authorized method, as required. This certificate is effective only upon completion of the described filing and service.

/s/ Shonda Y. Williams
Shonda Yvette Williams
Dated: October 20, 2026

## EXHIBIT A — AUCTION ADVERTISEMENT SCREENSHOT

Plaintiff-supplied screenshot referencing ServiceLink Auction for 1516 Third Avenue, Altoona, PA 16602, an October 11, 2026 advertised auction start date, and a $25,000 starting bid.


https://www.servicelinkauction.com
Newly foreclosed homes in Altoona, PA
1516 3rd Ave Altoona, PA 16602 | Blair County 4 bed 1 bath 1,530 sq ft Single family homeOccupied Starting bid $25,000.00 Auction begins: Oct 11, 2026 ...
Images
1516 3rd Ave, Altoona, PA 166...
Zillow
1516 3rd Ave, Altoona, PA 166...
Realtor.com
More images
Homes.com
https://www.homes.com
1514 3rd Ave, Altoona, PA 16602
This home is located at 1514 3rd Ave, Altoona, PA 16602 and is currently estimated at $89,753. 1514 3rd Ave is a home located in Blair County with nearby ...
1516 3rd ave altoona pa